PORTFOLIO TECHNOLOGIES, INC., Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Church & Dwight Co., Inc., Intervenor,

and

Intellx, Inc. and Medtech Products, Ltd., Intervenors.

No. 2007–1520.

United States Court of Appeals, Federal Circuit.

June 10, 2008.

Richard P. Beem, Beem Patent Law Firm, of Chicago, Illinois, argued for appellant. With him on the brief was John R. Linzer. Of counsel on the brief were Paul J. Kozacky and Jerome R. Weitzel, Kozacky & Weitzel, of Chicago, IL.

Mark B. Rees, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were James M. Lyons, General Counsel, and Andrea C. Casson, Assistant General Counsel for Litigation.

James H. Shalek; Proskauer Rose LLP, of New York, New York, argued for intervenors Church & Dwight Co., Inc. With him on the brief were Alan Federbush and Baldassare Vinti. Of counsel on the brief were Steven P. Hollman, Lewis E. Leibowitz, Susan M. Cook, and Rebecca C. Man-

del, Hogan & Hartson, LLP, of Washington, DC.

David Lieberworth, Garvey Schubert Barer, of Seattle, Washington, for intervenors Intellx, Inc., and Medtech Products, Ltd. With him on the brief was Lizabeth Levinson, of Washington, DC.

Before SCHALL, Circuit Judge, CLEVENGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

**AFFIRMED.** *See* Fed. Cir. R. 36.